PEOPLE, PLAINTIFF AND APPELLEE, *v.* LÓPEZ, DEFENDANT AND
APPELLANT.

APPEAL from the District Court of Humacao in a Prosecution
for Aggravated Assault and Battery.

No. 1069.—Decided July 21, 1916.

POSTPONEMENT OF TRIAL—ILLNESS—DISCRETION OF COURT.—A motion to postpone
a trial on the ground that the defendant was unprepared, due to his inability
to notify his attorney on account of the illness of a son, who had since died,
is directed to the discretion of the court. It is the burden of the appellant
to prove that there was abuse of discretion or a miscarriage of justice. The
motion should be verified.

The facts are stated in the opinion.
*Mr. Juan B. Huyke* for the appellant.
*Mr. Salvador Mestre, fiscal,* for the appellee.
MR. JUSTICE WOLF delivered the opinion of the court.

There was no brief filed in this case, but at the hearing
appellant appeared through counsel to ask the reversal of
the judgment because of the refusal of the court to grant
a continuance. The motion for a continuance was based on
the alleged fact that because of the illness of a child the
defendant had been unable to notify his attorney, and that
the child had since died. A refusal of this kind lies in the
discretion of the court and the appellant was bound to make
it appear that there was an abuse of discretion. The motion
was unaccompanied by an oath and we have no idea whether
the court believed the statement of the defendant or not or
what reason the court had or whether the court asked the
defendant other questions. It was the duty of the appellant
to show us that an injustice had been committed. The case
went to trial; the defendant was represented by other coun-
sel; he brought witnesses with him from his neighborhood,
and there is nothing in the record which would indicate that
he did not have a fair trial. There is no error alleged or
shown and the judgment must be

*Affirmed.*

Chief Justice Hernández and Justices del Toro, Aldrey and Hutchison concurred.